UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NIGEL HARRIS,                                            ECF

             Plaintiff,           :           06 CV 2864 (RMB)

    -against-                   :           INITIAL DISCLOSURES

JP MORGAN CHASE & CO.,                    :

           Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Pursuant to the required disclosure provision of Federal Rule of Civil Procedure 26(a), Defendant J.P. Morgan Chase & Co. ("JPMC") makes the following required disclosures:

A.    <u>Identities of Individuals</u>

       JPMC believes that the following individuals have knowledge relevant to the disputed facts:

| <u>Name</u> | <u>Address</u> |
| --- | --- |
| Ahsan Zaman | c/o J.P. Morgan Chase Legal Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-2569 |
| Debra Juntenen | c/o J.P. Morgan Chase Legal Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-2569 |
| Nigel Harris | 190 West Merrick Road, #3C Freeport, New York 11520 (516) 410-5884 |

B.    Documents

Without waiving any objections to admissibility and relevancy, pursuant to Rule 26(a)(1)(B), Defendant identifies the following documents and/or categories of documents which are in its possession:

1.    Plaintiff's personnel file;

2.    Portions of JPMorganChase & Co.'s employee handbook(s) and/or employee on-line manual.

C.    The provisions of FRCP 26(a)(1)(C) are not applicable because JPMC is not seeking damages at this time from Plaintiff.

D.    JPMC is investigating what, if any, insurance agreements may apply to Plaintiff's claims and will supplement its response as appropriate.

Defendant reserves the right to supplement or amend these disclosures should other, different, or additional information become known to it.

Dated:    New York, New York
          November 20, 2006

JPMORGAN CHASE LEGAL DEPARTMENT

By: _____
Talee Zur (Potter) (TZ 4342)
1 Chase Manhattan Plaza, 26th Floor
New York, New York  10081
(212) 552-2569
Attorney(s) for Defendant

To:    Nigel Harris, *Pro Se* Plaintiff
       190 West Merrick Road, #3C
       Freeport, New York 11520
       (516) 410-5884

153275:v1                          2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NIGEL HARRIS,                                        ECF

                 Plaintiff,      :      06 CV 2864 (RMB)

      -against-                                 :      AFFIDAVIT OF SERVICE

J.P. MORGAN CHASE BANK,                   :

                Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK )

*Vivian Patricia Falini*, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by J.P. Morgan Chase Bank and that on the 20th day of November, 2006, deponent served the within

INITIAL DISCLOSURES

Upon: Nigel Harris
        *Pro Se*
        190 West Merrick Road, Apt. #3C
        Freeport New York 11520
        (516) 410-5884

at the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Vivian Patricia Falconi*

Sworn to before me this
20th day of November 2006

*Susan McNamara*
Notary Public

SUSAN McNAMARA
Notary Public, State of New York
No. 43-4836571
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires July 31, 2009

152105:v1